UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

EUGENE J. FLEMING and KELLY C. FLEMING,

                Plaintiffs,

vs.

HARLEY-DAVIDSON MOTOR COMPANY
GROUP, INC.,

                Defendants.

*STIPULATION AND ORDER DISCONTINUING ACTION*

5:02-CV-1054

**IT IS HEREBY STIPULATED** that the above matter is discontinued, with prejudice.

DATED:

      Yours, etc.

      _____
      **BRINDISI, MURAD & BRINDISI-PEARLMAN, LLP**
      Attorneys for Plaintiffs
      Office and PO Address
      2713 Genesee Street
      Utica, NY 13501
      (315) 733-2396

      _____
      **SMITH, SOVIK, KENDRICK & SUGNET, PC**
      Attorneys for Defendant
      Office and PO Address
      250 S. Clinton Street, Suite 600
      Syracuse, NY 13202-1252

      _____
      **EUGENE J. FLEMING**, Plaintiff

      _____
      **KELLY C. FLEMING**, Plaintiff

1

*SO ORDERED:*

_____
**HON. DAVID N. HURD**
U. S. District Judge
at Utica, NY
__February 10__, 2003